UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS C. KARBA,<br><br>                              Plaintiff,<br><br>-against-<br><br>GERHARD W. KARBA, ET AL.,<br><br>                              Defendants. | 24 CIVIL 9879 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 24, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 26, 2025
         New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge